IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| GLENN HAYES, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 6:23-cv-140-JDK |
| § | |
| OSCAR WILLIAM LOYD II, § | |
| § | |
| Defendant. § | |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(d), Plaintiff has requested entry of judgment. Having considered the facts and the arguments presented, the Court hereby enters judgment in favor of Plaintiff Glenn Hayes and against Defendant Oscar William Loyd II, finding that Plaintiff is entitled to damages in the amount of $450,000, of which $250,000 is for past physical pain and suffering and $200,000 is for mental anguish, future physical pain, out-of-pocket costs, and loss of earning capacity.

The Court further orders judgment for costs and pre- and post-judgment interest for Plaintiff Hayes and against Defendant Loyd.

All pending motions are **DENIED** as moot.

The Clerk of Court is requested to close this case.

So **ORDERED** and **SIGNED** this **2nd** day of **August, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE